UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BILLIE RAY ADAMS,<br><br>　　　　　　　　　　Petitioner,<br>　　vs.<br><br>THOMAS HANLON, Superintendent,<br><br>　　　　　　　　　　Respondent. | )<br>)<br>)<br>)　No. 1:08-cv-232-RLY-WTL<br>)<br>)<br>)<br>) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 04/29/2008

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
Deputy Clerk, U.S. District Court

Distribution:

Billie Ray Adams
DOC #2604
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064

David A. Arthur
INDIANA STATE ATTORNEY GENERAL
David.Arthur@atg.in.gov